IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SINUL KANUBHAI PATEL, | |
| Plaintiff, | CIVIL ACTION NO.: 4:23-cv-29 |
| v. | |
| ALEJANDRO MAYORKAS, Secretary of DHS; et al., | |
| Defendants. | |

**O R D E R**

Before the Court is a "Consent Motion for Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)," signed and filed by counsel for Plaintiff and counsel for Defendants, in which the parties advise that they stipulate to the dismissal without prejudice of this action.[1]  (Doc. 6.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A), this action has been **DISMISSED WITHOUT PREJUDICE**.  The Clerk of Court is hereby authorized and directed to **TERMINATE** any pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 5th day of April, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] No answers or motions for summary judgment have been filed in the action.